**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JULIO ANTONIO DIAZ RIVERA,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR OF DIAMONDBACK CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | ) | Case No. CIV-26-1994-J |

**ORDER**

Petitioner Julio Antonio Diaz Rivera, a Cuban citizen, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Petition) challenging his detention with Immigration and Customs Enforcement. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Erwin issued a Report and Recommendation recommending that the Court (1) grant the Petition in part and (2) order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within ten business days or otherwise release him. [Doc. No. 12]. No party objected by the November 17, 2026 deadline, and all have waived their right to de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 12] is ADOPTED, Petitioner's Petition [Doc. No. 1] is GRANTED IN PART to the extent it alleges Respondents violated the Immigration and Nationality Act, and Respondents are ORDERED to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within ten business days or otherwise release him. Respondents SHALL certify compliance within thirteen business days.

A separate judgment will enter.

IT IS SO ORDERED this 18th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE